B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **TN Master Tile LP, a Delaware Limited Partnership**　　　　　Case No.　**10-31965-H5-11**

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| See attached List of 20 Largest Unsecured Creditors | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| Vendor | Telephone | Facsimile | Contact Name | Email Address | Amount Due |
|---|---|---|---|---|---|
| Crossville Ceramics Co<br>2501 Eagle Way<br>Chicago, IL 60678-1025 | 931-707-3020 | 931-484-8418 | | | $1,068,755.19 |
| Florim USA/Tile Cera<br>300 International Blvd.<br>Clarksville, TN 37040 | 931-553-7548 | 800-883-8453 | Stefano Rabaioli - VP<br>Sales & Mktg | srabaioli@FlorimUSA.com | $261,507.98 |
| Alfa/Banca Comm. Ital<br>Credito Emiliano<br>POB 6238-Church St Stati<br>New York, NY 10279-6238 | 53-686-9211 | 281-550-3632 | Cristiano Vaccari - Area<br>Manager | CristianoVaccari@riwal.it | $204,065.54 |
| Bonsal American, Inc<br>8201 Arrowridge Blvd.<br>Charlotte, NC 28273 | 704-529-4224 | 800-573-9515 | Kathy Rudolph - VP<br>Sales | kathy.rudolph@oldcastleapg.com | $202,939.73 |
| Serenissima Cir Industri<br>150 East 42nd Street<br>New York, NY 10017 | 52-299-6040 | 052-284-1338 | Christian Prati - Area<br>Manager | christian.prati@serenissimacir.it | $200,666.53 |
| Cerindustries S.P.A. dba Cerdomus<br>Via Emilia Ponente, 1000<br>48011 Castelbolognese (RA)<br>ITALY | 54-665-2254 | 561-394-3933 | Luca Biancini - Dir. Mktg<br>(owner) | L.Biancini@cerdomus.com | $152,993.69 |
| Eurobrazil Ltda Antolini Luigi & C Spa<br>Via Marconi, 101<br>37010 Sega Di Cavalon, Verona<br>ITALY | - | - | Alberto Antolini -<br>Managing Director<br>Alessandra Antolini -<br>CFO | Alberto@antolini.it<br>usa.sales@antolini.it | $131,601.48 |
| Texas Cement Products<br>4000 Pinemont Drive<br>Houston, TX 77018 | 713-682-8411 | 688-2448 | | | $126,741.27 |

| | | | | | |
|---|---|---|---|---|---|
| Interstone, Inc<br>2933 Eisenhower Street, Suite 110<br>Carrollton, TX 75007 | 214-483-9527<br>X102 | 214-483-9515 | | | $117,563.51 |
| Crystal Granite & Marble Works<br>41st K.M. Bangalore Mysore Road<br>Madapura Vill., Ramanagaram Taluk,<br>BANGALORE | - | - | Sanjiv Goenka -<br>President | sanjivgoenka@gmail.com<br>sanjiv@crystalgranite.com | $106,145.14 |
| Ceramica Santagostino S P A<br>c/o Unicredito Italiano NY Branch<br>150 East 42nd St  FL 29<br>New York, NY 10017-5632 | - | - | | - | $95,859.28 |
| Orchid Ceramics Inc<br>9999 E 59th Street<br>Tulsa, OK 74146 | 918-307-7618 | 888-835-4011 | Donny Walton - General<br>Sales Manager | donny.walton@orchidceramics.com | $86,558.95 |
| Eliane Ceramic Tiles<br>1500 Luna Road, Suite 106<br>Carrolton, TX 75006 | 972-481-7854 | 972-481-7855 | Marcio Muller -<br>International Sales<br>Director | marcio@elianeusa.com | $83,852.76 |
| Brasigran<br>Rua 3 B, 115 -- Civit 11<br>Sierra -Es<br>BRAZIL | 273-328-4713 | - | Bruno Nardini -<br>Commercial Director | bnardini@brasigran.com.br | $72,446.97 |
| Travertine Brothers<br>Hadimkoy Giseleri Mevkii<br>Faith Universitesi Karsisi<br>34900 Hadimkoy, Istanbul<br>TURKEY | 212-858-1040 | - | Tunga  Cinaroglu - Sales<br>Director | tunga@travertinebros.com | $65,704.33 |
| Bruno Lucchetti Marmi E<br>V.Le Xx Settembre, 177/A<br>54031 Avenza Carrara (Ms)<br>ITALY | 58-585-6713 | - | Erich Lucchetti -<br>President<br>Patrick Biava -<br>Commercial Manager | erich@brunolucchetti.it<br>patrick@brunolucchetti.it | $59,859.00 |

| | | | | | |
|---|---|---|---|---|---|
| Earth Stone LLC<br>dba Byzantine Industries LLC<br>8758 Clay Road, Suite 400<br>Houston, TX 77080 | 713-462-5700 | - | Masoud Ladjevardian -<br>Owner | masoud@earthstonetexas.com | $54,510.40 |
| Monocibec Fincibec Spa<br>Via Valle Daosta, 47<br>41049 Sassuolo (MO)<br>ITALY | 53-686-1335 | - | Rosanna Giannoni -<br>Export Manager | giannoni.rosanna@monocibec.it | $54,424.24 |
| Levantina Natural Stone<br>Autovia Madrid- Alicante<br>KM 382 - 03660 Novieda Alicante<br>ESPANA | 496-560-9184 | - | Frank De Hann - Global<br>Mktg Director | frank.dehaan@levantina.es | $53,087.97 |
| Ragno USA Inc<br>359 Clay Road<br>Sunnyvale, TX 75182 | 888-297-2466 | 256-766-9088 | Hector Narvaez -<br>Executive VP - Sales &<br>Mktg | HNarvaez@marazzitile.com | $51,372.49 |