| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 4:10-31965-KKB |
|---|---|---|---|
| Debtor | In Re: | TN Master Tile LP | |

This lawyer, who is admitted to the State Bar of _____California_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Justin E. Rawlins<br>Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>213-615-1839<br>CA -209915 |
|---|---|

Seeks to appear as the attorney for this party:

| Wells Fargo Bank, National Association |
|---|
| Dated: March 10, 2010    Signed: /s/ Justin E. Rawlins |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                             United States Bankruptcy Judge